UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JENNIFER DECARLO,

                Plaintiff,

    -v-                                                    8:06-CV-488 (LEK/VEB)

MICHAEL J. ASTRUE, Commissioner
of Social Security,

                Defendant.

## DECISION AND ORDER

This matter comes before the Court following a Report-Recommendation filed on May 28, 2009, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(d) of the Northern District of New York.  Report-Rec. (Dkt. No. 15).

Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to the Report-Recommendation filed by Judge Bianchini.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

Accordingly, it is hereby

**ORDERED**, that the Report-Recommendation (Dkt. No. 15) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Plaintiff's Motion for judgment on the pleadings is **GRANTED**;

Defendant's Motion for judgment on the pleadings is **DENIED**; and the Complaint (Dkt. No. 1) is **REMANDED** to the Commissioner for a calculation of benefits; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   June 17, 2009
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge